IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DIGITAL REG OF TEXAS, LLC, | § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 6:11-CV-200-LED |
| V. | § § | |
| ADOBE SYSTEMS INCORPORATED, *et al.* | § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

**PLAINTIFF'S NOTICE OF DIMISSAL**
**WITHOUT PREJUDICE OF ALL DEFENDANTS**

Digital Reg of Texas, LLC ("Digital"), Plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that it is dismissing Defendants Adobe Systems Incorporated, Valve Corporation, Electronic Arts, Inc., Ubisoft Entertainment, Inc., Symantec Corporation, Intuit Inc., AVG Technologies USA, Inc., and Zynga Gaming Network Inc. (collectively, "Defendants") from this action without prejudice. In support, Digital respectfully shows the Court the following:

Digital filed this action on April 21, 2011. None of the Defendants have filed an answer or any other responsive pleading in this matter. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Digital hereby dismisses its claims against all Defendants without prejudice to refiling of same.

Respectfully submitted,

/s/ Eric M. Albritton
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com

        ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

T. John Ward, Jr.
Texas State Bar No. 00794818
jw@wsfirm.com
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dpelaw.com
Raymond W. Mort, III
Texas State Bar No. 00791308
rmort@dpelaw.com
Jay D. Ellwanger
Texas State Bar No. 24036522
**DiNovo Price Ellwanger& Hardy LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Telecopier: (512) 539-2627

*Counsel for Digital Reg of Texas, LLC*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 16th day of June 2011.

                                   */s/ Eric M. Albritton*
                                   Eric M. Albritton